RECD IN PRO SE OFFICE
MAR 3 '25 AM 8:53

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

------------------------------------------------X

UNITED STATES OF AMERICA,

        Plaintiff.

  -against-

                                    Case No.: 1:24-cv-03358-NRM

STEPHON EDWARDS,

        Defendant.

------------------------------------------------X

## MOTION FOR RECONSIDERATION OF HABEAS CORPUS PETITION

TO THE HONORABLE JUDGE NINA R. MORRISON:

The Defendant, Stephon Edwards, by and through undersigned counsel, respectfully moves this Court for reconsideration of his previously denied petition for a writ of habeas corpus according to 28 U.S.C. § 2254, and in support thereof states as follows:

1. Stephon Edwards was convicted at the age of 23 and has served a substantial portion of his sentence under exceedingly harsh conditions, spending approximately 95% of his incarceration either in psychiatric facilities or in solitary confinement due to the nature of his conviction and his diagnosed mental illness.
2. Mr. Edwards has been diagnosed with paranoid schizophrenia and remains under consistent medical treatment, including prescribed psychiatric medication. His severe mental health condition has significantly impaired his ability to adjust to the general prison population, exacerbating his suffering under the current conditions of his confinement.
3. Mr. Edwards is dealing with severe mental health issues that do not allow him to advocate for himself. This inability to advocate for his own needs does not justify his continued confinement under such punitive and isolating conditions for the next 11 years.
4. The punitive nature of Mr. Edwards' incarceration is disproportionately severe in light of his age at the time of conviction, his diagnosed mental illness, and the length of time already served under restrictive and isolating conditions.
5. Mr. Edwards has a robust and reliable support system in his aunt, Mona Singletary. A dedicated city employee with comprehensive knowledge of social services and reentry programs, Ms. Singletary is prepared to provide housing, emotional support, and access to community resources that will assist Mr. Edwards in reintegrating into society and managing his mental health upon release.

6. The combination of Mr. Edwards' mental health challenges, the disproportionate harshness of his incarceration, and the availability of strong familial and community support present compelling grounds for reconsideration of his habeas corpus petition.

WHEREFORE, the Defendant respectfully requests that this Honorable Court reconsider his petition for a writ of habeas corpus, grant relief in the form of his immediate or expedited release, and allow him to receive the necessary mental health treatment and support within the community.

Respectfully submitted,

_Mona Singletary_

Mona Singletary
57 Crown Street Apt 14G
Brooklyn, NY 11225
(347) 864-9442
MSingletary62@gmail.com