Rec'd 11/24/25
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 21 2025 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK



**United States of America,**
Plaintiff,

v.

**Stephon Edwards,**
Defendant.

*Case No.: 1:24-cv-03358-NRM*

## JOINT STATUS LETTER

The parties respectfully submit this Joint Status Letter pursuant to the Court's recent order requesting an update on the status of this matter.

**1. Procedural Background**

Petitioner, Mr. Stephon Edwards, filed a Motion for Reconsideration of his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 on [], seeking relief based on his severe mental health condition and the disproportionate nature of his incarceration. The Court has directed the parties to confer and provide a joint update regarding the current status of proceedings and any next steps.

**2. Status of the Proceedings**

Counsel for the Government has reviewed the motion and is in the process of preparing a response. The Government anticipates filing its response by [insert proposed date, e.g., November 15, 2025]. Petitioner, through undersigned representative Mona Singletary, maintains that reconsideration is warranted given the exceptional circumstances surrounding Mr. Edwards's confinement, including his documented mental health challenges and the presence of a comprehensive re-entry support plan.

**3. Proposed Next Steps**

The parties respectfully propose the following schedule:
- Government's Response: [insert date]
- Petitioner's Reply (if any): [insert date two weeks later]
- Optional: Status Conference (if deemed helpful by the Court)

Alternatively, should the Court prefer to hold a conference before setting deadlines, both parties are available during the week of [insert week, e.g., November 18, 2025].

**4. Conclusion**

The parties appreciate the Court's attention to this matter and stand ready to provide any additional information the Court may require.

Respectfully submitted,

**For the Petitioner:**
Mona Singletary
Aunt and Authorized Representative
57 Crown Street, Apt 14G
Brooklyn, NY 11225
(347) 864-9442
MSingletary62@gmail.com

Date: ___11/13/25:_____

**For the United States:**
[Assistant U.S. Attorney's Name]
U.S. Attorney's Office, Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
(718) 254-XXXX
[Email address]

Date: _____

# Singletary, Mona

| | |
|---|---|
| **From:** | Singletary, Mona |
| **Sent:** | Thursday, November 13, 2025 3:00 PM |
| **To:** | 'appealsefile@brooklynda.org' |
| **Subject:** | Joint Status Letter- # 24-cv-03358 |
| **Attachments:** | Joint_Status_Letter_Edwards_v_US.docx |

Good afternoon,

I Mona Singletary is seeking assistance with a Joint Status Letter for the above referenced case.

Respectfully,
**Mona Singletary**
Reentry and Transition Services (PORT)
55 Water Street, 18th Floor
New York, NY 10041
Direct: 646-614-0523
Mobile: 917-838-1830
PORTline: 646-614-1000

NYC HEALTH+ HOSPITALS | Correctional Health Services

# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
# HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District |
|---|---|

| Name (under which you were convicted): Stephon EDWARDS | Docket or Case No.: 5010/10 |
|---|---|
| Place of Confinement: NYS Central New York Psychiatric Ctr | Prisoner No.: 13A3533 |

Petitioner (include the name under which you were convicted)    Respondent (authorized person having custody of petitioner)

Stephon EDWARDS    v.    State of N.Y

The Attorney General of the State of New York

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: KINGS County Supreme Court BROOKLYN NY
   (b) Criminal docket or case number (if you know): 5010/10
2. (a) Date of the judgment of conviction (if you know): June 2013
   (b) Date of sentencing: July 9, 2013
3. Length of sentence: 25 YEARS
4. In this case, were you convicted on more than one count or of more than one crime? Yes ✓  No ☐
5. Identify all crimes of which you were convicted and sentenced in this case: Criminal Sexual act 1st (2 counts)

6. (a) What was your plea? (Check one)
   (1) Not guilty ☒    (3) Nolo contendere (no contest) ☐
   (2) Guilty ☐        (4) Insanity plea ☐
   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____
_____
_____
_____
_____

(c) If you went to trial, what kind of trial did you have? (Check one)
Jury ☑    Judge only ☐

7. Did you testify at either a pretrial hearing, trial or a post-trial hearing?
Yes ☐  No ☑

8. Did you appeal from the judgment of conviction?
Yes ☑  No ☐

9. If you did appeal, answer the following:
(a) Name of court: _NY Supreme Court Appellate Division - 2nd Department_
(b) Docket or case number (if you know): _N/A_
(c) Result: _Judgement was Affirmed_
(d) Date of result (if you know): _August 3 2022_
(e) Citation to the case (if you know): _N/A_
(f) Grounds raised: _____
_____
_____
_____
_____

(g) Did you seek further review by a higher state court?  Yes ☑ No ☐

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____
_____

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____
_____
_____

(h) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☑ No ☐

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: __DENIED further review__

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

    Yes ☐  No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
        Yes ☐  No ☒

    (7) Result: _____

    (8) Date of result (if you know): _____

    (b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

    _____

    _____

    _____

    _____

    _____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes [✓] No [ ]

(7) Result: refused to review case again

(8) Date of result (if you know): unknown

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes [ ] No [✓]

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   Yes [✓] No [ ]
(2) Second petition:  Yes [✓] No [ ]
(3) Third petition:   Yes [✓] No [ ]

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: N/A

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

GROUND ONE: The Court Abuse of desertion and Jury instruction violations

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The court violated Petitioners rights to a fair trial and gave improper Jury instructions in violation of Petitioners 5th, 6th and 14 amendments of the United States Constitution

(b) If you did not exhaust your state remedies on Ground One, explain why: N/A

(c) Direct Appeal of Ground One:
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☑ No ☐
  (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) Post-Conviction Proceedings:
  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
    Yes ☐ No ☑
  (2) If your answer to Question (d)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed: _____
  Docket or case number (if you know): _____
  Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?
Yes [ ] No [ ]

(4) Did you appeal from the denial of your motion or petition?
Yes [ ] No [ ]

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes [ ] No [ ]

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

GROUND TWO: The trial court violated Petitioners 5th, 6th, 8th and 14th amendments U.S. Cont,

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The trial courts partial bias and convoluted instructions to the jury deprived petitioner of his rights to a fair trial and impartial jury. (as can be shown by the jury notes, read backs and instruction by the court

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

(c) Direct Appeal of Ground Two:

   (1) If you appealed from the judgment of conviction, did you raise this issue?
     Yes [✗] No [ ]

   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

(d) Post-Conviction Proceedings:

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
     Yes [ ] No [ ]

   (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available): _____

_____

   (3) Did you receive a hearing on your motion or petition?
     Yes [ ] No [ ]   N/A

   (4) Did you appeal from the denial of your motion or petition?
     Yes [ ] No [ ]   N/A

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
     Yes [ ] No [ ]   N/A

   (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): N/A
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: 

N/A

GROUND THREE: _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): 

N/A

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

(c) Direct Appeal of Ground Three:

    (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐ No ☐

    (2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) Post-Conviction Proceedings:

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
    Yes ☐ No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?
Yes ☐ No ☐

(4) Did you appeal from the denial of your motion or petition?
Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): N/A
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
N/A

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

GROUND FOUR: _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____
N/A

(b) If you did not exhaust your state remedies on Ground Four, explain why: N/A

(c) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes ☐ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?
Yes ☐ No ☐

(4) Did you appeal from the denial of your motion or petition?
Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

N/A

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   Yes ☑  No ☐

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

   N/A

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  Yes ☐  No ☑

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinions or orders, if available.

   N/A

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☐ No ☑

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. N/A

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: _____

    (b) At arraignment and plea: _____

    (c) At trial: John B. Stella

    (d) At sentencing: John B. Stella

    (e) On appeal: Michael Arthus

    (f) In any post-conviction proceeding: Leila Hull

    (g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☑

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

    (b) Give the date the other sentence was imposed: N/A

    (c) Give the length of the other sentence: N/A

    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes ☐ No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

In Mental Health SHU in A NYS Psychiatric Hospital

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No   ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

    N/A

7. Do you pay for rent or for a mortgage? If so, how much each month?

    N/A

8. State any special financial circumstances which the Court should consider.

    _____
    _____
    _____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 5/7/2024                    _Mona Singletary_
                                       (signature)

Rev. 7/2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Stephon EDWARDS

Plaintiff

People of the State
of NY

Defendant(s)

---

REQUEST TO PROCEED
*IN FORMA PAUPERIS*

I, Stephon EDWARDS, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    NO

2. If you are **NOT PRESENTLY EMPLOYED**:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

   None, Prisoner in the State of N.Y.

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   NO

    a) Are you receiving any public benefits?  ☑ No  ☐ Yes, $_____
    b) Do you receive any income from any other source?  ☑ No  ☐ Yes, $_____

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   NO

Therefore, petitioner asks that the Court grant the following relief: To either grant petitioner a new trial or hearing on these U.S constitutional violations or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on May 6, 2024 (date).

*[signature]*
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition: Petitioner's Aunt. Petitioner is in Psychiatric Hospital